

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/5/2015 9:41:46 AM
LISA MATZ
Clerk

**SHAWN R. GANT, CSR**
Official Court Reporter

## 429th Judicial District Court
2100 Bloomdale Road, Suite 10014
McKinney, Texas 75071
Telephone: (972) 547-5723
sgant@co.collin.tx.us

August 5, 2015

Lisa Matz
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202-6631

   RE: 429-02870-2014; Gast vs. Tinsley, et al

Dear Ms. Matz:

   I received the Court's order wherein it states "appellant filed a docketing statement indicating the reporter's record had been requested and payment arrangements had been made."

   To date, I have not received a request for the Reporter's Record, nor have I received payment. No payment arrangements have been made.

   Upon review of the Court's docket entries, it appears the Motion for Summary Judgment was heard by submission, so there would not be a Reporter's Record for that particular hearing.

   If you have any questions, please do not hesitate to contact me.

                                         Sincerely,

                                         Shawn R. Gant
                                         Shawn R. Gant

Cc: District Clerk – Collin County